UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeanine Eiseland, David Eiseland,

      Plaintiffs,　　　　　　　　　　Civil No. 06-1449 (RHK/JSM)

vs.　　　　　　　　　　　　　　　**DISQUALIFICATION AND**
　　　　　　　　　　　　　　　　**ORDER FOR REASSIGNMENT**

Novartis, Inc., Novartis AG, Novartis SA,
Novartis Pharmaceuticals Corporation,
Pfizer, Inc., Schering-Plough Corporation,
Schering-Plough Pharamceuticals, Inc.,
Solvay Pharmaceuticals, Inc., Wyeth,
Wyeth Pharmaceuticals, Inc.,

      Defendants.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 18, 2006

                                  s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge

Dockets.Justia.com