IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| Jeanine Eiseland and David Eiseland, , | Case No. 06 CV 1449 PAM/JSM |
| v. | **ORDER** |
| Novartis Inc., Novartis AG, Novartis SA, Novartis Pharmaceuticals Corp., Pfizer, Inc., Schering-Plough Corporation, Schering-Plough Pharmaceuticals, Inc., Solvay Pharmaceuticals, Wyeth, Wyeth Pharmaceuticals, Inc. | |
| Defendants. | |

Based on the Stipulation of Dismissal With Prejudice by and between plaintiffs Jeanine Eiseland and David Eiseland and defendant Schering-Plough Corporation, this lawsuit as it pertains to defendant Schering-Plough Corporation, and any other Schering-Plough entity, including Schering-Plough Pharmaceuticals, Inc. and Schering-Plough Corporation, U.S.A., is hereby dismissed with prejudice.

Final judgment shall be entered dismissing plaintiffs' action against Schering-Plough with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: May    30   , 2006

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court

1